# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: James Michael Stritch** <br> Debtor(s) | **BK NO. 20-10313 MDC** <br><br> **Chapter 13** |
| **M&T BANK** <br> Movant <br> vs. | |
| **James Michael Stritch** <br> Debtor(s) | |
| **William C. Miller Esq.**, <br> Trustee | |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 01, 2020</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
James Michael Stritch
120 Bryn Mawr Avenue
Newton Square, PA 19073

<u>Attorney for Debtor(s)</u>
Anthony A. Frigo, Esq.
The Law Offices of Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Holly Smith Miller, Gellert Scali Busenkell & Brown, LLC, 8 Penn Center
1628 John F. Kennedy Boulevard, Suite 1901
Philadelphia, PA 19103

Trustee
William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Method of Service:  electronic means or first class mail

Dated: <u>July 01, 2020</u>

**/s/Rebecca A. Solarz Esquire**
Rebecca A. Solarz Esquire
Attorney I.D. 315936
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com