United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 20-10313-mdc
James Michael Stritch                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith          Page 1 of 2          Date Rcvd: Jul 20, 2020
                             Form ID: 309I         Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2020.
db             +James Michael Stritch,   120 Bryn Mawr Ave,   Newtown Square, PA 19073-3817
14453493       +American Air Distributing, Inc,   c/o Amato & Assotiates, P.C.,   107 N. Commerce Way,
                Bethlehem, PA 18017-8913
14499747       +American Air Distributing, Inc.,   c/o Amato and Keating, P.C.,   107 North Commerce Way,
                Bethlehem PA 18017-8913
14507723        Citibank, N.A.,   5800 S Corporate Pl,   Sioux Falls, SD  57108-5027
14453504       +FRDM/Citibank,   Citibank Corp/Centralized Bankruptcy,   Po Box 790034,
                Saint Louis, MO 63179-0034
14479757       +Hajoca Corporation d/b/a Weinstein Supply,   c/o Amato and Keating, P.C.,
                107 North Commerce Way,   Bethlehem PA 18017-8913
14500592       +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L,   6409 Congress Avenue, suite 100,
                Boca Raton, FL 33487-2853
14453506       +LendingClub,   Attn: Bankruptcy,   595 Market St, Ste 200,   San Francisco, CA 94105-2807
14504142       +Marple Fleet Leasing, LLC,   Eckert Seamans Cherin & Mellott, LL,
                c/o Alan Moldoff, 50 S. 16th St., 22nd f,   Philadelphia, PA 19102-2516
14453508        Marple Fleet Leasing, LLC,   015 West Chester Pike,   Broomall, PA 19008
14506731       +Marple Fleet Leasing, LLC,   c/o Alexandra Rogin,   Eckert Seamans Cherin & Mellott, LLC,
                50 South 16th St.,   Philadelphia, PA 19102-2523
14484868        Nissan Motor Acceptance,   POB 660366,   Dallas, TX 75266-0366
14453509        Pennsylvania Dept. of Revenue,   Dept 280948,   Harrisburg, PA 17128-2601
14453510       +R.E. Michel Company, LLC,   c/o Amato & Keating,   107 N. Commerce Way,
                Bethlehem, PA 18017-8913
14504522       +Santander Bank, N.A.,   450 Penn Street, MC: 10-421-MC3,   Reading, PA 19602-1011
14453511       +Svo Portfolio Services,   Attn: Loan Servicing Administration,   9002 San March Court,
                Orlando, FL 32819-8600
14483278       +TD Bank, N.A.,   c/o Schiller Knapp Lefkowitz,   and Hertzel, LLP,   950 New Loudon Road,
                Latham, New York 12110-2100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: anthonyfrigo@msn.com Jul 21 2020 05:27:32     ANTHONY A. FRIGO,
                The Law Offices of Anthony A. Frigo,   175 Strafford Ave., Suite One,   Wayne, PA  19087
tr             +E-mail/Text: bncnotice@ph13trustee.com Jul 21 2020 05:28:15     WILLIAM C. MILLER, Esq.,
                Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Jul 21 2020 05:28:09     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2020 05:27:53
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 21 2020 05:28:04     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 21 2020 05:27:58     United States Trustee,
                Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
14493485        EDI: BECKLEE.COM Jul 21 2020 09:18:00     American Express National Bank,
                c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14453494       +EDI: AMEREXPR.COM Jul 21 2020 09:18:00     Amex,   Correspondence/Bankruptcy,   Po Box 981540,
                El Paso, TX 79998-1540
14480282       +EDI: ATLASACQU.COM Jul 21 2020 09:18:00     Atlas Acquisitions LLC,   on behalf of UHG I LLC,
                294 Union St.,   Hackensack, NJ 07601-4303
14453496        EDI: BANKAMER.COM Jul 21 2020 09:18:00     Bank of America,   Attn: Bankruptcy,   Po Box 982238,
                El Paso, TX 79998
14453495       +EDI: BANKAMER.COM Jul 21 2020 09:18:00     Bank of America,   4909 Savarese Circle,
                Fl1-908-01-50,   Tampa, FL 33634-2413
14453497       +EDI: CAPITALONE.COM Jul 21 2020 09:18:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
14481549       +EDI: AIS.COM Jul 21 2020 09:18:00     Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
14453498       +E-mail/Text: bankruptcy@cavps.com Jul 21 2020 05:28:03     Cavalry Portfolio Services,
                Attn: Bankruptcy Department,   500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
14478038       +E-mail/Text: bankruptcy@cavps.com Jul 21 2020 05:28:03     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14453500       +EDI: CITICORP.COM Jul 21 2020 09:18:00     Citibank/The Home Depot,
                Citicorp Credit Srvs/Centralized Bk dept,   Po Box 790034,   St Louis, MO 63179-0034
14453501       +EDI: WFNNB.COM Jul 21 2020 09:18:00     Comenity Bank/Victoria Secret,   Attn: Bankruptcy,
                Po Box 182125,   Columbus, OH 43218-2125
14453502        EDI: DISCOVER.COM Jul 21 2020 09:18:00     Discover Financial,   Attn: Bankruptcy Department,
                Po Box 15316,   Wilmington, DE 19850
14479346        EDI: DISCOVER.COM Jul 21 2020 09:18:00     Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH  43054-3025
14453503       +EDI: DISCOVERPL Jul 21 2020 09:18:00     Discover Personal Loans,   Attn: Bankruptcy,
                Po Box 30954,   Salt Lake City, UT 84130-0954
14477476        EDI: ECMC.COM Jul 21 2020 09:18:00     ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408

```
District/off: 0313-2          User: Keith            Page 2 of 2              Date Rcvd: Jul 20, 2020
                              Form ID: 309I           Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14453505        EDI: IRS.COM Jul 21 2020 09:18:00      Internal Revenue Service,   Unsolvency Unit,
                P.O. Box 7346,   Philadelphia, PA 19101-7346
14453499        EDI: JPMORGANCHASE Jul 21 2020 09:18:00      Chase Card Services,   Attn: Bankruptcy,
                Po Box 15298,   Wilmington, DE 19850
14453507        E-mail/Text: camanagement@mtb.com Jul 21 2020 05:27:43      M & T Bank,   Attn: Bankruptcy,
                Po Box 844,   Buffalo, NY 14240
14519532        E-mail/Text: camanagement@mtb.com Jul 21 2020 05:27:43      M&T BANK,   PO Box 840,
                Buffalo, NY 14240
14453513        EDI: TDBANKNORTH.COM Jul 21 2020 09:18:00      TD Bank, N.A.,   32 Chestnut Street,
                Po Box 1377,   Lewiston, ME 04243
14453512       +EDI: WTRRNBANK.COM Jul 21 2020 09:18:00      Target,   Attn: Bankruptcy,   Po Box 9475,
                Minneapolis, MN 55440-9475
14453514        EDI: WFFC.COM Jul 21 2020 09:18:00      Wells Fargo,   Attn: Bankruptcy,
                Mac-F8235-02f Po Box 10438,   De Moines, IA 50306
                                                                               TOTAL: 28


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +WILLIAM C. MILLER, Esq.,   Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2020 at the address(es) listed below:
```
        ALEXANDRA D. ROGIN    on behalf of Creditor   Marple Fleet Leasing, LLC arogin@eckertseamans.com
        ANTHONY A. FRIGO    on behalf of Debtor James Michael Stritch anthonyfrigo@msn.com,
         frigoar70666@notify.bestcase.com
        GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com
        GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,   gfs@trustesolutions.net
        HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com,   abrown@gsbblaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                               TOTAL: 9
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **James Michael Stritch** | | Social Security number or ITIN | **xxx–xx–0347** |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN   _ _ _ _ | |
| | | | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | Date case filed in chapter **7**          **1/16/20** | |
| Case number:   **20–10313–mdc** | | | Date case converted to chapter **13**   **5/13/20** | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                          12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James Michael Stritch | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 120 Bryn Mawr Ave Newtown Square, PA 19073 | |
| 4. | **Debtor's attorney** Name and address | ANTHONY A. FRIGO The Law Offices of Anthony A. Frigo 175 Strafford Ave., Suite One Wayne, PA 19087 | Contact phone (610) 272–8644 Email:  anthonyfrigo@msn.com |
| 5. | **Bankruptcy trustee** Name and address | WILLIAM C. MILLER, Esq. Chapter 13 Trustee P.O. Box 1229 Philadelphia, PA 19105 | Contact phone 215–627–1377 Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M. Contact phone (215)408–2800 Date: 7/20/20 |

**For more information, see page 2**

Debtor **James Michael Stritch**                                                            Case number **20–10313–mdc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 12, 2020 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via telephonic conference.All interested, parties shall contact the Trustee, for connection details** |
| **8.  Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:**<br><br><br>**Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 10/11/20**<br><br><br><br><br><br><br><br>**Filing deadline: 7/22/20**<br><br>**Filing deadline: 7/14/20**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $200.00 per month for 55 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/27/20 at 09:30 AM** , Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |