Phoenix Home Services
491 Abbott Drive
Broomall, PA 19008

James M. Stritch
120 Bryn Mawr Ave
Newtown Square, PA 19073

---

**Employee Pay Stub**  Check number: 3415   Pay Period: 10/29/2019 - 11/04/2019   Pay Date: 11/08/2019

**Employee**
James M. Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073

**SSN**
***-**-0347

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 37.50 | 1,500.00 | 46,500.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -90.00 | -2,790.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| 230601 Marple Twp | -1.00 | -31.00 |
| Federal Withholding | -105.00 | -3,255.00 |
| Social Security Employee | -93.00 | -2,883.00 |
| Medicare Employee | -21.75 | -674.25 |
| PA - Withholding | -46.05 | -1,427.55 |
| PA - Unemployment Employee | -0.90 | -27.90 |
|  | -267.70 | -8,298.70 |

| Vacation Time | Accrued | Used | Available |
|---|---|---|---|
| Current |  | 1:32 |  |
| YTD |  |  | 47:32 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 60.00 | 1,860.00 |

**Net Pay**    1,142.30    35,411.30

Phoenix Home Services, 491 Abbott Drive, Broomall, PA 19008    Powered by **Intuit Payroll**

Phoenix Home Services
491 Abbott Drive
Broomall, PA 19008

James M. Stritch
120 Bryn Mawr Ave
Newtown Square, PA 19073

---

**Employee Pay Stub**  Check number: 3419            Pay Period: 11/05/2019 - 11/11/2019    Pay Date: 11/15/2019

**Employee**                                         **SSN**
James M. Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073    ***-**-0347

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 37.50 | 1,500.00 | 48,000.00 |

| Vacation Time | Accrued | Used | Available |
|---|---|---|---|
| Current |  |  |  |
| YTD | 1:32 |  | 49:04 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -90.00 | -2,880.00 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 60.00 | 1,920.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| 230601 Marple Twp | -1.00 | -32.00 |
| Federal Withholding | -105.00 | -3,360.00 |
| Social Security Employee | -93.00 | -2,976.00 |
| Medicare Employee | -21.75 | -696.00 |
| PA - Withholding | -46.05 | -1,473.60 |
| PA - Unemployment Employee | -0.90 | -28.80 |
|  | -267.70 | -8,566.40 |

| Net Pay | 1,142.30 | 36,553.60 |
|---|---|---|

Phoenix Home Services, 491 Abbott Drive, Broomall, PA 19008                Powered by Intuit Payroll

Phoenix Home Services
491 Abbott Drive
Broomall, PA 19008

James M. Stritch
120 Bryn Mawr Ave
Newtown Square, PA 19073

**Employee Pay Stub**  Check number: 3428                     Pay Period: 11/12/2019 - 11/18/2019     Pay Date: 11/22/2019

**Employee**                                                   **SSN**
James M. Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073  ***-**-0347

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 37.50 | 1,500.00 | 49,500.00 |

| Vacation Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 1:32 | | 50:36 |
| YTD | | | |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -90.00 | -2,970.00 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 60.00 | 1,980.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| 230601 Marple Twp | -1.00 | -33.00 |
| Federal Withholding | -105.00 | -3,465.00 |
| Social Security Employee | -93.00 | -3,069.00 |
| Medicare Employee | -21.75 | -717.75 |
| PA - Withholding | -46.05 | -1,519.65 |
| PA - Unemployment Employee | -0.90 | -29.70 |
|  | -267.70 | -8,834.10 |

**Net Pay**   1,142.30   37,695.90

Phoenix Home Services, 491 Abbott Drive, Broomall, PA 19008                                          Powered by **Intuit Payroll**

Phoenix Home Services
491 Abbott Drive
Broomall, PA 19008

James M. Stritch
120 Bryn Mawr Ave
Newtown Square, PA 19073

| Employee Pay Stub | Check number: 3436 | | | | Pay Period: 11/19/2019 - 11/25/2019 | | Pay Date: 11/29/2019 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| James M. Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073 | | | | | ***-**-0347 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 37.50 | 1,500.00 | 51,000.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -90.00 | -3,060.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| 230601 Marple Twp | -1.00 | -34.00 |
| Federal Withholding | -105.00 | -3,570.00 |
| Social Security Employee | -93.00 | -3,162.00 |
| Medicare Employee | -21.75 | -739.50 |
| PA - Withholding | -46.05 | -1,565.70 |
| PA - Unemployment Employee | -0.90 | -30.60 |
| | -267.70 | -9,101.80 |

| **Net Pay** | | **1,142.30** | **38,838.20** |
|---|---|---|---|

| Vacation Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 1:32 | | 52:08 |
| YTD | | | |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 60.00 | 2,040.00 |

Phoenix Home Services, 491 Abbott Drive, Broomall, PA 19008                                      Powered by **Intuit Payroll**

Phoenix Home Services
491 Abbott Drive
Broomall, PA 19008

James M. Stritch
120 Bryn Mawr Ave
Newtown Square, PA 19073

| Employee Pay Stub | Check number: 3446 | | | | Pay Period: 11/26/2019 - 12/02/2019 | | Pay Date: 12/06/2019 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| James M. Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073 | | | | | ***-**-0347 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 37.50 | 1,500.00 | 52,500.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -90.00 | -3,150.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| 230601 Marple Twp | -1.00 | -35.00 |
| Federal Withholding | -105.00 | -3,675.00 |
| Social Security Employee | -93.00 | -3,255.00 |
| Medicare Employee | -21.75 | -761.25 |
| PA - Withholding | -46.05 | -1,611.75 |
| PA - Unemployment Employee | -0.90 | -31.50 |
| | -267.70 | -9,369.50 |

| Net Pay | 1,142.30 | 39,980.50 |
|---|---|---|

| Vacation Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 1:32 | | 53:40 |
| YTD | | | |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 60.00 | 2,100.00 |

Phoenix Home Services, 491 Abbott Drive, Broomall, PA 19008                    Powered by **Intuit Payroll**

Phoenix Home Services
491 Abbott Drive
Broomall, PA 19008

James M. Stritch
120 Bryn Mawr Ave
Newtown Square, PA 19073

---

**Employee Pay Stub**    Check number: 3453    Pay Period: 12/03/2019 - 12/09/2019    Pay Date: 12/13/2019

**Employee**
James M. Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073

**SSN**
***-**-0347

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 37.50 | 1,500.00 | 54,000.00 |

| Vacation Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 1:32 | | 55:12 |
| YTD | | | |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -90.00 | -3,240.00 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 60.00 | 2,160.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| 230601 Marple Twp | -1.00 | -36.00 |
| Federal Withholding | -105.00 | -3,780.00 |
| Social Security Employee | -93.00 | -3,348.00 |
| Medicare Employee | -21.75 | -783.00 |
| PA - Withholding | -46.05 | -1,657.80 |
| PA - Unemployment Employee | -0.90 | -32.40 |
|  | -267.70 | -9,637.20 |

**Net Pay**    1,142.30    41,122.80

Phoenix Home Services, 491 Abbott Drive, Broomall, PA 19008    Powered by Intuit Payroll

Phoenix Home Services
491 Abbott Drive
Broomall, PA 19008

James M. Stritch
120 Bryn Mawr Ave
Newtown Square, PA 19073

| Employee Pay Stub | | Check number: 3460 | | | Pay Period: 12/10/2019 - 12/16/2019 | Pay Date: 12/20/2019 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| James M. Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073 | | | | | ***-**-0347 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 37.50 | 1,500.00 | 55,500.00 |
| **Deductions From Gross** | | | Current | YTD Amount |
| 401k Emp. | | | -90.00 | -3,330.00 |
| **Taxes** | | | Current | YTD Amount |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| 230601 Marple Twp | | | -1.00 | -37.00 |
| Federal Withholding | | | -105.00 | -3,885.00 |
| Social Security Employee | | | -93.00 | -3,441.00 |
| Medicare Employee | | | -21.75 | -804.75 |
| PA - Withholding | | | -46.05 | -1,703.85 |
| PA - Unemployment Employee | | | -0.90 | -33.30 |
| | | | -267.70 | -9,904.90 |
| **Net Pay** | | | 1,142.30 | 42,265.10 |

| Vacation Time | Accrued | Used | Available |
|---|---|---|---|
| Current | | 1:32 | |
| YTD | | | 56:44 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 60.00 | 2,220.00 |

Phoenix Home Services, 491 Abbott Drive, Broomall, PA 19008          Powered by **Intuit Payroll**

Phoenix Home Services
491 Abbott Drive
Broomall, PA 19008

James M. Stritch
120 Bryn Mawr Ave
Newtown Square, PA 19073

**Employee Pay Stub**  Check number: 3473

**Employee**
James M. Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073

**SSN**
***-**-0347

Pay Period: 12/17/2019 - 12/23/2019    Pay Date: 12/27/2019

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 37.50 | 1,500.00 | 57,000.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -90.00 | -3,420.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| 230601 Marple Twp | -1.00 | -38.00 |
| Federal Withholding | -105.00 | -3,990.00 |
| Social Security Employee | -93.00 | -3,534.00 |
| Medicare Employee | -21.75 | -826.50 |
| PA - Withholding | -46.05 | -1,749.90 |
| PA - Unemployment Employee | -0.90 | -34.20 |
|  | -267.70 | -10,172.60 |

| Vacation Time | Accrued | Used | Available |
|---|---|---|---|
| Current |  | 1:32 |  |
| YTD |  |  | 58:16 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 60.00 | 2,280.00 |

**Net Pay**    1,142.30    43,407.40

Phoenix Home Services, 491 Abbott Drive, Broomall, PA 19008        Powered by **Intuit Payroll**

Phoenix Home Services
491 Abbott Drive
Broomall, PA 19008

James M. Stritch
120 Bryn Mawr Ave
Newtown Square, PA 19073

| Employee Pay Stub | Check number: | | | | Pay Period: 12/23/2019 - 12/29/2019 | | Pay Date: 01/03/2020 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| James M. Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073 | | | | | ***-**-0347 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 37.50 | 1,500.00 | 1,500.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -90.00 | -90.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| 230601 Marple Twp | -1.00 | -1.00 |
| Federal Withholding | -105.00 | -105.00 |
| Social Security Employee | -93.00 | -93.00 |
| Medicare Employee | -21.75 | -21.75 |
| PA - Withholding | -46.05 | -46.05 |
| PA - Unemployment Employee | -0.90 | -0.90 |
| | -267.70 | -267.70 |

| Net Pay | 1,142.30 | 1,142.30 |
|---|---|---|

| Vacation Time | Accrued | Used | Available |
|---|---|---|---|
| Current | | 1:32 | |
| YTD | | | 59:48 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 60.00 | 60.00 |

Phoenix Home Services, 491 Abbott Drive, Broomall, PA 19008            Powered by **Intuit Payroll**

Phoenix Home Services
491 Abbott Drive
Broomall, PA 19008

James M. Stritch
120 Bryn Mawr Ave
Newtown Square, PA 19073

---

**Employee Pay Stub**    Check number: 3495    Pay Period: 12/30/2019 - 01/05/2020    Pay Date: 01/10/2020

**Employee**
James M. Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073

**SSN**
***-**-0347

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 37.50 | 1,500.00 | 3,000.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -90.00 | -180.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| 230601 Marple Twp | -1.00 | -2.00 |
| Federal Withholding | -104.00 | -209.00 |
| Social Security Employee | -93.00 | -186.00 |
| Medicare Employee | -21.75 | -43.50 |
| PA - Withholding | -46.05 | -92.10 |
| PA - Unemployment Employee | -0.90 | -1.80 |
|  | -266.70 | -534.40 |

**Net Pay**    1,143.30    2,285.60

| Vacation Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 1:32 |  | 61:20 |
| YTD |  |  |  |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 60.00 | 120.00 |

---

Phoenix Home Services, 491 Abbott Drive, Broomall, PA 19008    Powered by **Intuit Payroll**