# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                                 Chapter 13

JAMES MICHAEL STRITCH                                     Bankruptcy No. 20-10313-MDC

120 BRYN MAWR AVE

NEWTOWN SQUARE, PA 19073

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JAMES MICHAEL STRITCH

    120 BRYN MAWR AVE

    NEWTOWN SQUARE, PA 19073

**Counsel for debtor(s), by electronic notice only.**
    ANTHONY A FRIGO ESQ
    175 STRAFFORD AV
    SUITE 1
    WAYNE, PA 19087-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 10/8/2020                                                                                     /s/ William C. Miller

                                                                                _____
                                                                                 William C. Miller, Esquire
                                                                                 Chapter 13 Standing Trustee