**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| James Michael Stritch | : | |
| Debtor(s) | : | Bankruptcy No. 20-10313 |
| | : | |
| | : | |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Debtor's Motion to Avoid Judgment Lien of Marple Fleet Leasing, LLC, and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Judgment Lien held by Marple Fleet Leasing, LLC against the property of the Debtor, both real and personal, shall be and hereby is avoided and nullified in its entirety and is therefore of no effect whatsoever.

**BY THE COURT:**

**Date:** _____      _____
**Magdeline Coleman**
**Chief Judge United States Bankruptcy Court**
**Eastern District of Pennsylvania**

See Attached List

All Creditors

Marple Fleet Leasing, LLC
c/o Joseph Pacifico, President
3015 West Chester Like
Broomall, PA 19008

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

James Michael Stritch
120 Bryn Mawr Ave.
Newtown Square, PA 19073

U.S. Trustee