# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| James Michael Strich | : | |
| Debtor(s) | : | Bankruptcy No. 20-10313 |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned, Anthony A. Frigo, hereby certifies that a true and correct copy of the Certificate of No Response to Debtor's Motion to Avoid Judgment Lien of Marple Fleet Leasing, LLC, Order, and Notice of Motion, Response of Deadline, and Hearing Date has been served this 17th day of December 2020 upon those on the attached list and all interested parties by electronic means or by United First Class Mail, postage prepaid.

Dated:  December 17, 2020                    /S/ Anthony A. Frigo
                                             Anthony A. Frigo, Esquire
                                             175 Strafford Ave., Suite One
                                             Wayne, PA 19087
                                             Anthonyfrigo@msn.com
                                             (O) (610) 687-7784

All Creditors

Marple Fleet Leasing, LLC
c/o Joseph Pacifico, President
3015 West Chester Like
Broomall, PA 19008

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

James Michael Stritch
120 Bryn Mawr Ave.
Newtown Square, PA 19073

U.S. Trustee