## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| James Michael Stritch | : | |
| Debtor(s) | : | Bankruptcy No. 20-10313 |
| | : | |

### CERTIFICATE OF SERVICE

The undersigned, Anthony A. Frigo, hereby certifies that a true and correct copy of the Amended Notice of Motion, Response of Deadline, and Hearing Date has been served this 29TH day of December 2020 upon those on the attached list and all interested parties by electronic means or by United First Class Mail, postage prepaid.

Dated: December 29, 2020             `/S/ Anthony A. Frigo
                                     Anthony A. Frigo, Esquire
                                     175 Strafford Ave., Suite One
                                     Wayne, PA 19087
                                     Anthonyfrigo@msn.com
                                     (O) (610) 687-7784

All Creditors

Hajoca Corporation d/b/a Weinstein Supply
c/o Rick Fantham, President
2001 Joshua Rd.
Lafayette Hill, Pennsylvania, 19444

Daniel A. Wechsler, Esquire
c/o Amato & Keating, P.C.
107 N. Commerce Way
Bethlehem, PA 18017

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

James Michael Stritch
120 Bryn Mawr Ave.
Newtown Square, PA 19073

U.S. Trustee