# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| James Michael Stritch | : | |
| Debtor(s) | : | Bankruptcy No. 20-10313 |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned, Anthony A. Frigo, hereby certifies that a true and correct copy of the Amended Notice of Motion, Response of Deadline, and Hearing Date has been served this 30th day of December 2020 upon those on the attached list and all interested parties by electronic means or by United First Class Mail, postage prepaid.

Dated: December 30, 2020                    /S/ Anthony A. Frigo
                                            Anthony A. Frigo, Esquire
                                            175 Strafford Ave., Suite One
                                            Wayne, PA 19087
                                            Anthonyfrigo@msn.com
                                            (O) (610) 687-7784

All Creditors

Ferguson Enterprises, Inc.
c/o Kevin Murphy, President
12500 Jefferson Ave.
Newport News, VA 23602-4314

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

James Michael Stritch
120 Bryn Mawr Ave.
Newtown Square, PA 19073

U.S. Trustee

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| James Michael Stritch | : | |
| Debtor(s) | : | Bankruptcy No. 20-10313 |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned, Anthony A. Frigo, hereby certifies that a true and correct copy of the Amended Notice of Motion, Response of Deadline, and Hearing Date has been served this 30th day of December 2020 upon those on the attached list and all interested parties by electronic means or by United First Class Mail, postage prepaid.

Dated: December 30, 2020                    /S/ Anthony A. Frigo
                                             Anthony A. Frigo, Esquire
                                             175 Strafford Ave., Suite One
                                             Wayne, PA 19087
                                             Anthonyfrigo@msn.com
                                             (O) (610) 687-7784

All Creditors

Ferguson Enterprises, Inc.
c/o Kevin Murphy, President
12500 Jefferson Ave.
Newport News, VA 23602-4314

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

James Michael Stritch
120 Bryn Mawr Ave.
Newtown Square, PA 19073

U.S. Trustee