UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| James Michael Stritch | : | |
| Debtor(s) | : | Bankruptcy No. 20-10313 |
| | : | |
| | : | |

## AMENDED ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Debtor's Motion to Avoid Judgment Lien of American Air Distributing, Inc., judgement having been entered on June 10, 2019 in case number CV-2019-004922 in The Court OF Common Please of Delaware County in the amount of $4,976.91 and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Judgment Lien held by American Air Distributing, Inc. against the property of the Debtor, both real and personal, shall be and hereby is avoided and nullified in its entirety and is therefore of no effect whatsoever.

**BY THE COURT:**

**Date:** _____

_____
**Magdeline Coleman**
**Chief Judge United States Bankruptcy Court**
**Eastern District of Pennsylvania**

See Attached List

All Creditors

American Air Distributing, Inc.
c/o Robert Frank, President
830 Bolmar St.
West Chester, PA 19382

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

James Michael Stritch
120 Bryn Mawr Ave.
Newtown Square, PA 19073

U.S. Trustee