UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| James Michael Stritch | : | |
| Debtor(s) | : | Bankruptcy No. 20-10313 |
| | : | |
| | : | |

## AMENDED ORDER

AND NOW, this  12th  day of  February , 2021, upon consideration of the Debtor's Motion to Avoid Judgment Lien of Idearc Media Corp., Judgement having been entered on July 2, 2009 in case number CV-2009-051826 in The Court of Common Pleas of Delaware County, Pennsylvania, in the amount of $50,474.28 and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Judgment Lien held by Idearc Media Corp. against the property of the Debtor, both real and personal, shall be and hereby is avoided and nullified in its entirety and is therefore of no effect whatsoever.

BY THE COURT:

_Magdeline D. Coleman_

**Date:** _____

MAGDELINE D. COLEMAN
CIEF U.S. BANKRUPTCY JUDGE

See Attached List

All Creditors

Idearc Media Corp.
c/o Joe Walsh
2200 West Airfield Dr.
P.O. Box 61981 DFW
Airport, TX 75261

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

James Michael Stritch
120 Bryn Mawr Ave.
Newtown Square, PA 19073

U.S. Trustee