UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| James Michael Stritch | : | |
| Debtor(s) | : | Bankruptcy No. 20-10313 |
| | : | |
| | : | |

## **AMENDED ORDER**

AND NOW, this   12th   day of   February  , 2021, upon consideration of the Debtor's Motion to Avoid Judgment Lien of R.E. Michel Company, LLC, having been entered on April 9, 2019 in case number CV-2019-001279 in The Court of Common Please of Delaware County, Pennsylvania, in the amount of $58,886.18 and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Judgment Lien held by R.E. Michel Company, LLC against the property of the Debtor, both real and personal, shall be and hereby is avoided and nullified in its entirety and is therefore of no effect whatsoever.

BY THE COURT:

_Magdeline D. Coleman_

**Date:** _____

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

See Attached List

All Creditors

Robert Michel, President
c/o R.E. Michel Company, LLC
One R.E. Michel Dr.
Glen Burnie, MD 21060

Justin N. Davis
c/o Amato & Keating, P.C.
107 North Commerce Way
Bethlehem, PA 18017

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

James Michael Stritch
120 Bryn Mawr Ave.
Newtown Square, PA 19073

U.S. Trustee