UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| James Michael Stritch | : | |
| Debtor(s) | : | Bankruptcy No. 20-10313 |
| | : | |
| | : | |

## ORDER

AND NOW, this  12th  day of  February , 2021, upon consideration of the Debtor's Motion to Avoid Judgment Lien of Hajoca Corporation d/b/a Weinstein Supply, judgement having been entered on April 9, 2019 in case number CV-2019-001013 in The Court of Common Pleas of Delaware County Pennsylvania in the amount of $33,384.34 and after notice and opportunity for hearing,

**IT IS HEREBY ORDERED** that the Judgment Lien held by Hajoca Corporation d/b/a Weinstein Supply against the property of the Debtor, both real and personal, shall be and hereby is avoided and nullified in its entirety and is therefore of no effect whatsoever.

BY THE COURT:

_Magdeline D. Coleman_

**Date:** _____

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

See Attached List

All Creditors

Hajoca Corporation d/b/a Weinstein Supply
c/o Rick Fantham, President
2001 Joshua Rd.
Lafayette Hill, Pennsylvania, 19444

Daniel A. Wechsler, Esquire
c/o Amato & Keating, P.C.
107 N. Commerce Way
Bethlehem, PA 18017

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

James Michael Stritch
120 Bryn Mawr Ave.
Newtown Square, PA 19073

U.S. Trustee