United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-10313-mdc

James Michael Stritch     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Feb 12, 2021    Form ID: pdf900    Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Michael Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073-3817 |
| | + | Justin N. Davis, c/o Amato & Keating, PC, 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| | | Robert Michel, President, c/o R.E. Michel Company, LLC, One R.E. Michel Dr, Glen Burnie, MD 21060 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2021 at the address(es) listed below:

**Name**     **Email Address**

ALEXANDRA D. ROGIN
    on behalf of Creditor Marple Fleet Leasing LLC arogin@eckertseamans.com, lgervasi@eckertseamans.com

ANTHONY A. FRIGO
    on behalf of Debtor James Michael Stritch anthonyfrigo@msn.com frigoar70666@notify.bestcase.com

GARY F SEITZ
    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com

GARY F. SEITZ
    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net

HOLLY SMITH MILLER
    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com abrown@gsbblaw.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 12, 2021 | Form ID: pdf900 | Total Noticed: 3 |

REBECCA ANN SOLARZ
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                       :          Chapter 13
    James Michael Stritch             :
        Debtor(s)                    :          Bankruptcy No. 20-10313
                                     :
                                     :

### AMENDED ORDER

AND NOW, this   12th   day of   February  , 2021, upon consideration of the Debtor's Motion to Avoid Judgment Lien of R.E. Michel Company, LLC, having been entered on April 9, 2019 in case number CV-2019-001279 in The Court of Common Please of Delaware County, Pennsylvania, in the amount of $58,886.18 and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Judgment Lien held by R.E. Michel Company, LLC against the property of the Debtor, both real and personal, shall be and hereby is avoided and nullified in its entirety and is therefore of no effect whatsoever.

BY THE COURT:

Date: _____

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

See Attached List

All Creditors

Robert Michel, President
c/o R.E. Michel Company, LLC
One R.E. Michel Dr.
Glen Burnie, MD 21060

Justin N. Davis
c/o Amato & Keating, P.C.
107 North Commerce Way
Bethlehem, PA 18017

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

James Michael Stritch
120 Bryn Mawr Ave.
Newtown Square, PA 19073

U.S. Trustee