United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10313-mdc |
| James Michael Stritch | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 12, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Michael Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073-3817 |
| | | American Air Distributing, Inc., c/o Robert Frank, President, 830 St., West Chester, PA 19382 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDRA D. ROGIN | on behalf of Creditor Marple Fleet Leasing LLC arogin@eckertseamans.com, lgervasi@eckertseamans.com |
| ANTHONY A. FRIGO | on behalf of Debtor James Michael Stritch anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| GARY F SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| HOLLY SMITH MILLER | on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com abrown@gsbblaw.com |
| REBECCA ANN SOLARZ | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 12, 2021 | Form ID: pdf900 | Total Noticed: 2

on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
James Michael Stritch :
Debtor(s) : Bankruptcy No. 20-10313
:
:

### AMENDED ORDER

AND NOW, this    12th    day of    February   , 2021, upon consideration of the Debtor's Motion to Avoid Judgment Lien of American Air Distributing, Inc., judgement having been entered on June 10, 2019 in case number CV-2019-004922 in The Court OF Common Please of Delaware County in the amount of $4,976.91 and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Judgment Lien held by American Air Distributing, Inc. against the property of the Debtor, both real and personal, shall be and hereby is avoided and nullified in its entirety and is therefore of no effect whatsoever.

**BY THE COURT:**

*Magdeline D. Coleman*

**Date:** _____    _____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

See Attached List

All Creditors

American Air Distributing, Inc.
c/o Robert Frank, President
830 Bolmar St.
West Chester, PA 19382

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

James Michael Stritch
120 Bryn Mawr Ave.
Newtown Square, PA 19073

U.S. Trustee