UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| James Michael Stritch | : | |
| Debtor(s) | : | Bankruptcy No. 20-10313 |
| | : | |
| | : | |

## AMENDED ORDER

AND NOW, this  18th  day of  February , 2021, upon consideration of the Debtor's Motion to Avoid Judgment Lien of Ferguson Enterprises, Inc., having been entered on October 4, 2018 in case number CV-2018-003546 in the Court of Common Pleas of Delaware County, Pennsylvania in the Amount of $26,733.94 and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Judgment Lien held by Ferguson Enterprises, Inc. against the property of the Debtor, both real and personal, shall be and hereby is avoided.

BY THE COURT:

**Date:** _____

_____
**Magdeline D. Coleman**
**Chief U.S. Bankruptcy Judge**

See Attached List

All Creditors

Ferguson Enterprises, Inc.
c/o Kevin Murphy, President
12500 Jefferson Ave.
Newport News, VA 23602-4314

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

James Michael Stritch
120 Bryn Mawr Ave.
Newtown Square, PA 19073

U.S. Trustee