United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
James Michael Stritch  
    Debtor

Case No. 20-10313-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3  
Date Rcvd: Feb 18, 2021    Form ID: pdf900    Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Michael Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073-3817 |
| aty | + | GELLERT SCALI BUSENKELL & BROWN, 8 Penn Center, 1628 John F. Kennedy, ste 1901, Philadelphia, Pa 19103-2113 |
| | | Ferguson Enterprises, Inc., c/o Kevin Murphy, President, 12500 Jefferson Avenue, Newport News, VA 23602-4314 |
| r | + | Star Real Estate Group, Inc., c/o Richard Astrella, 1500 Walnut Street, Suite 1103, Philadelphia, PA 19102-3506 |
| 14453493 | + | American Air Distributing, Inc, c/o Amato & Assotiates, P.C., 107 N. Commerce Way, Bethlehem, PA 18017-8913 |
| 14570001 | + | American Air Distributing, Inc., 830 Bolmar St., West Chester, PA 19382-4904 |
| 14499747 | + | American Air Distributing, Inc., c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 14493485 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14453494 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14453496 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 14453495 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14507723 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14453500 | + | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14477476 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14453504 | + | FRDM/Citibank, Citibank Corp/Centralized Bankruptcy, Po Box 790034, Saint Louis, MO 63179-0034 |
| 14569998 | | Ferguson Enterprises, Inc., 12500 Jefferson Ave., Newport News, VA 23602-4314 |
| 14570004 | + | Hajoca Corporation d/b/a Weinstein Supply, 2001 Joshua Rd., Lafayette Hill, Pennsylvania 19444-2431 |
| 14479757 | + | Hajoca Corporation d/b/a Weinstein Supply, c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 14569363 | | Idearc Media Corp., c/o Joe Walsh, 2200 West Airfield Dr., P.O. Box 61981 DFW, Airport, TX 75261 |
| 14500592 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 14514258 | + | M&T BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14514372 | + | M&T Bank, c/o Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14504142 | + | Marple Fleet Leasing, LLC, Eckert Seamans Cherin & Mellott, LL, c/o Alan Moldoff, 50 S. 16th St., 22nd f, Philadelphia, PA 19102-2516 |
| 14506731 | + | Marple Fleet Leasing, LLC, c/o Alexandra Rogin, Eckert Seamans Cherin & Mellott, LLC, 50 South 16th St., Philadelphia, PA 19102-2523 |
| 14506975 | + | Marple Fleet Leasing, LLC, c/o Alexandra D. Rogin, Esq., Eckert Seamans Cherin & Mellott, LLC, 50 South 16th Street, 22nd Floor, Philadelphia, PA 19102-2523 |
| 14453508 | | Marple Fleet Leasing, LLC, 015 West Chester Pike, Broomall, PA 19008 |
| 14506974 | + | Marple Fleet Leasing, LLC, c/o Mitchell L. Bach, Esq., Eckert Seamans Cherin & Mellott, LLC, 50 South 16th Street, 22nd Floor, Philadelphia, PA 19102-2523 |
| 14570006 | | Marple Fleet Leasing, LLC, 3015 West Chester Like, Broomall, PA 19008 |
| 14484868 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14453509 | | Pennsylvania Dept. of Revenue, Dept 280948, Harrisburg, PA 17128-2601 |
| 14569364 | | R.E. Michel Company, LLC, One R.E. Michel Dr., Glen Burnie, MD 21060 |
| 14453510 | + | R.E. Michel Company, LLC, c/o Amato & Keating, 107 N. Commerce Way, Bethlehem, PA 18017-8913 |
| 14504522 | + | Santander Bank, N.A., 450 Penn Street, MC: 10-421-MC3, Reading, PA 19602-1011 |
| 14453511 | + | Svo Portfolio Services, Attn: Loan Servicing Administration, 9002 San March Court, Orlando, FL 32819-8600 |
| 14483278 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, and Hertzel, LLP, 950 New Loudon Road, Latham, New York 12110-2190 |
| 14453512 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14453514 | ++ | WELLS FARGO, P O BOX 9210, DES MOINES IA 50306-9210 address filed with court:, Wells Fargo, Attn: Bankruptcy, Mac-F8235-02f Po Box 10438, De Moines, IA 50306 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0313-2 | User: admin | | Page 2 of 3 |
|---|---|---|---|
| Date Rcvd: Feb 18, 2021 | Form ID: pdf900 | | Total Noticed: 57 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 19 2021 03:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 19 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 19 2021 03:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/Text: bnc@atlasacq.com | Feb 19 2021 03:33:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14468752 | Email/Text: bnc@atlasacq.com | Feb 19 2021 03:33:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 294 Union St., Hackensack, NJ 07601 |
| 14468875 | Email/Text: bnc@atlasacq.com | Feb 19 2021 03:33:00 | Atlas Acquisitions LLC, c/o Avi Schild, 294 Union Street, Hackensack, NJ 07601 |
| 14453497 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 19 2021 02:35:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14481549 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 19 2021 02:45:11 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14453498 | + Email/Text: bankruptcy@cavps.com | Feb 19 2021 03:33:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 14478038 | + Email/Text: bankruptcy@cavps.com | Feb 19 2021 03:33:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14507723 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2021 02:53:15 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14453500 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2021 02:35:47 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14453501 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 19 2021 03:33:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14453502 | Email/Text: mrdiscen@discover.com | Feb 19 2021 03:33:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14479346 | Email/Text: mrdiscen@discover.com | Feb 19 2021 03:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14453503 | + Email/Text: dplbk@discover.com | Feb 19 2021 03:33:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14453504 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2021 02:53:29 | FRDM/Citibank, Citibank Corp/Centralized Bankruptcy, Po Box 790034, Saint Louis, MO 63179-0034 |
| 14453505 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2021 03:33:00 | Internal Revenue Service, Unsolvency Unit, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14453499 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 19 2021 02:44:53 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14453506 | + Email/Text: Documentfiling@lciinc.com | Feb 19 2021 03:33:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 14453507 | Email/Text: camanagement@mtb.com | Feb 19 2021 03:33:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14519532 | Email/Text: camanagement@mtb.com | Feb 19 2021 03:33:00 | M&T BANK, PO Box 840, Buffalo, NY 14240 |
| 14453513 | Email/Text: bankruptcy@td.com | Feb 19 2021 03:33:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 18, 2021 | Form ID: pdf900 | Total Noticed: 57 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14480282 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, on behalf of UHG I LLC, 294 Union St., Hackensack, NJ 07601 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA D. ROGIN | on behalf of Creditor Marple Fleet Leasing LLC arogin@eckertseamans.com, lgervasi@eckertseamans.com |
| ANTHONY A. FRIGO | on behalf of Debtor James Michael Stritch anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| GARY F SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| HOLLY SMITH MILLER | on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com abrown@gsbblaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| James Michael Stritch | : | |
| Debtor(s) | : | Bankruptcy No. 20-10313 |
| | : | |
| | : | |

**AMENDED ORDER**

AND NOW, this  18th  day of  February , 2021, upon consideration of the Debtor's Motion to Avoid Judgment Lien of Ferguson Enterprises, Inc., having been entered on October 4, 2018 in case number CV-2018-003546 in the Court of Common Pleas of Delaware County, Pennsylvania in the Amount of $26,733.94 and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Judgment Lien held by Ferguson Enterprises, Inc. against the property of the Debtor, both real and personal, shall be and hereby is avoided.

BY THE COURT:

*Magdeline D. Coleman*

**Date:** _____

**Magdeline D. Coleman**
**Chief U.S. Bankruptcy Judge**

See Attached List

All Creditors

Ferguson Enterprises, Inc.
c/o Kevin Murphy, President
12500 Jefferson Ave.
Newport News, VA 23602-4314

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

James Michael Stritch
120 Bryn Mawr Ave.
Newtown Square, PA 19073

U.S. Trustee