UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|   James Michael Stritch | : | |
|     Debtor(s) | : | Bankruptcy No. 20-10313 |
| | : | |
| | : | |

# **NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

    The debtor(s), James Michael Stritch, has/have filed a Motion to Avoid Judgment Lien of National Funding, Inc. with the court.

    **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case/adversarial proceding. (If you do not have an attorney, you may wish to consult one.)**

    1.    If you do not want the court to grant the releif sought in the motion or if you want the court to consider your views on the motion, then on or before March 24, 2021 you or your attorney must do <u>all</u> of ther following:

      (a)  file an answer explaining ypour position at

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> For the Eastern District of Pennsylvania
> Robert C. Nix Building
> 900 Market Street
> Philadelphia, PA 19107

    If you mail your answer to the Bankruptcy clerks office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)  mail a copy to the movant's attorney:

> Anthony A. Frigo
> The Law Offices of Anthonyt A. Frigo
> Suite 230
> 175 Strafford Ave., Suite One
> Wayne, PA 19087
> (610) 687-7784

    1.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    2.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on March 30, 2021 at 10:30 AM in Courtroom #2, United States Bankruptcy Court, Robert C. Nix Sr. Building, 900 Market Street, Philadellphia, PA 19107.

       3.    If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

       4.    You may contact the Bankruptcy Court Office at (215) 408-2800 to find out if the hearing has been cancelled because no one filed an answer.

Date: <u>March 3, 2021</u>