SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire
1700 Market Street, Suite 1005
Philadelphia, PA 19103
 (610) 994-1137
Attorney for Creditor SANTANDER BANK, N.A.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | CASE NO: 20-10313-MDC |
|---|---|
| **JAMES MICHAEL STRITCH,** | **CHAPTER 13** |
| **Debtor.** | |

**CERTIFICATE OF SERVICE**

I, Rebecca K. McDowell, Esq., hereby certify that on this date I have caused a true and correct copy of TD BANK, N.A.'s Motion to File Late Claim and Notice of Motion via the court's electronic system upon:

**Anthony A. Frigo, Esq.**
**The Law Offices of Anthony A. Frigo**
**175 Strafford Ave., Suite One**
**Wayne, PA 19087**

**William C. Miller, Esq.**
**Chapter 13 Trustee**
**P.O. Box 1229**
**Philadelphia, PA 19105**

**Rebecca Ann Solarz, Esq.**
**KML Law Group, P.C.**
**701 Market Street**
**Suite 5000**
**Philadelphia, PA 19106**

**Office of the U.S. Trustee**
**200 Chestnut Street**
**Suite 502**
**Philadelphia, PA 19106**

**Alexandra D. Rogin, Esq.**
**Eckert Seamans Cherin & Mellott**
**50 S. 16th Street**
**22nd Floor**
**Philadelphia, PA 19102**

The Motion and Notice of Motion were also delivered via first class mail to:

**James Michael Stritch**
**120 Bryn Mawr Ave.**
**Newtown Square, PA 19073**

                                                  */s/ Rebecca K. McDowell*
                                                  REBECCA K. MCDOWELL, ESQ.

Dated: March 15, 2021