## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                            :            Chapter 13
  James Michael Stritch          :
       Debtor(s)        :            Bankruptcy No. 20-10313
                   :
                   :

## <u>NOTICE OF OBJECTION, RESPONSE DEADLINE AND HEARING DATE</u>

The debtor(s), James Michael Stritch, has/have filed a Objection to the Prooff of Claim of National Funding, Inc. with the court.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankrupty case/adversarial proceding. (If you do not have an attorney, you may wish to consult one.)**

    1.    If you do not want the court to grant the releif sought in the Objection or if you want the court to consider your views on the Objection, then on or before March 24, 2021 you or your attorney must do <u>all</u> of ther following:

    (a)  file an answer explaining ypour position at

Clerk of the Bankruptcy Court
United States Bankruptcy Court
For the Eastern District of Pennsylvania
Robert C. Nix Building
900 Market Street
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy clerks office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorney:

Anthony A. Frigo
The Law Offices of Anthonyt A. Frigo
Suite 230
175 Strafford Ave., Suite One
Wayne, PA 19087
(610) 687-7784

    1.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Objection.

    2.    A hearing on the Objection is scheduled to be held before the Honorable Magdeline D. Coleman on April 27, 2021 at 10:30 AM in Courtroom #2, United States Bankruptcy Court, Robert C. Nix Sr. Building, 900 Market Street, Philadellphia, PA 19107.

3.    If a copy of the Objection is not enclosed, a copy of the Objection will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4.    You may contact the Bankruptcy Court Office at (215) 408-2800 to find out if the hearing has been cancelled because no one filed an answer.

Date: <u>March 16, 2021</u>