# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 20-10313 |
| JAMES MICHAEL STRITCH, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |

## ORDER GRANTING NATIONAL FUNDING INC.'S MOTION FOR LEAVE TO FILE A POST-DEADLINE PROOF OF CLAIM

**THIS MATTER** comes before the Court on the Motion for Leave to File a Post-Deadline Proof of Claim (Doc. # 162) (the "Motion") filed by National Funding, Inc. The Court, being advised in the premises therefore, having considered any objections thereto, and finding good cause for the relief requested, hereby

**ORDERS** that the Motion is GRANTED; and

**FURTHER ORDERS** that National Funding, Inc's Proof of Claim, which is Claim No. 18 on the claims register for the above-captioned case, is deemed timely filed.

Dated: _____

                                                                    MAGDELINE D. COLEMAN
                                                                    UNITED STATES BANKRUPTCY JUDGE