**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | CASE NO: 20-10313-MDC |
|---|---|
| JAMES MICHAEL STRITCH, | CHAPTER 13 |
| Debtor. | |

## ORDER ALLOWING LATE CLAIM

AND NOW, this __2nd__ day of _____June_____ 2021    it is hereby

**ORDERED** that Santander Bank, N.A. may file a general unsecured claim within fourteen (14) days of the date of entry of this Order; and it is further

**ORDERED** that any claim filed by Santander Bank, N.A. within fourteen (14) days of the date of entry of this Order shall be deemed timely filed and shall be paid by the Trustee in accordance with the priority scheme set forth in the Bankruptcy Code, unless otherwise modified or expunged for reasons unrelated to the passing of the claims bar date.

By:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge