UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 20-10313 |
| JAMES MICHAEL STRITCH, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |

### ORDER GRANTING NATIONAL FUNDING INC.'S MOTION FOR LEAVE TO FILE A POST-DEADLINE PROOF OF CLAIM

**THIS MATTER** comes before the Court on the Motion for Leave to File a Post-Deadline Proof of Claim (Doc. # 162) (the "Motion") filed by National Funding, Inc.  The Court, being advised in the premises therefore, having considered any objections thereto, and finding good cause for the relief requested, hereby

**ORDERS** that the Motion is GRANTED; and

**FURTHER ORDERS** that National Funding, Inc's Proof of Claim, which is Claim No. 18 on the claims register for the above-captioned case, is deemed timely filed.

Dated:   June 2, 2021

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
Chief U.S. BANKRUPTCY JUDGE