United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                       Case No. 20-10313-mdc
James Michael Stritch                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James Michael Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073-3817 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021           Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA D. ROGIN | on behalf of Creditor Marple Fleet Leasing LLC arogin@eckertseamans.com, lgervasi@eckertseamans.com |
| ANTHONY A. FRIGO | on behalf of Debtor James Michael Stritch anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| GARY F SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| HOLLY SMITH MILLER | on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com abrown@gsbblaw.com |
| Jonathan Robert Avolio | on behalf of Creditor National Funding Inc. javolio@grsm.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 03, 2021 | Form ID: pdf900 | Total Noticed: 1

| | |
|---|---|
| MEGAN M ADEYEMO | on behalf of Creditor National Funding Inc. madeyemo@grsm.com, asoto@grsm.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| REBECCA K. MCDOWELL | on behalf of Creditor SANTANDER BANK N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 20-10313-MDC |
|---|---|
| JAMES MICHAEL STRITCH, | CHAPTER 13 |
| Debtor. | |

### ORDER ALLOWING LATE CLAIM

AND NOW, this __2nd__ day of __June__ 2021 it is hereby

**ORDERED** that Santander Bank, N.A. may file a general unsecured claim within fourteen (14) days of the date of entry of this Order; and it is further

**ORDERED** that any claim filed by Santander Bank, N.A. within fourteen (14) days of the date of entry of this Order shall be deemed timely filed and shall be paid by the Trustee in accordance with the priority scheme set forth in the Bankruptcy Code, unless otherwise modified or expunged for reasons unrelated to the passing of the claims bar date.

By:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge