United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
James Michael Stritch  
    Debtor

Case No. 20-10313-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James Michael Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073-3817 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

**Name**    **Email Address**

ALEXANDRA D. ROGIN  
    on behalf of Creditor Marple Fleet Leasing  LLC arogin@eckertseamans.com, lgervasi@eckertseamans.com

ANTHONY A. FRIGO  
    on behalf of Debtor James Michael Stritch anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com

GARY F SEITZ  
    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com

GARY F. SEITZ  
    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net

HOLLY SMITH MILLER  
    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com  abrown@gsbblaw.com

Jonathan Robert Avolio  
    on behalf of Creditor National Funding  Inc. javolio@grsm.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

MEGAN M ADEYEMO
    on behalf of Creditor National Funding Inc. madeyemo@grsm.com, asoto@grsm.com

REBECCA ANN SOLARZ
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

REBECCA K. MCDOWELL
    on behalf of Creditor SANTANDER BANK N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 20-10313 |
| JAMES MICHAEL STRITCH, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |

## ORDER GRANTING NATIONAL FUNDING INC.'S MOTION FOR LEAVE TO FILE A POST-DEADLINE PROOF OF CLAIM

**THIS MATTER** comes before the Court on the Motion for Leave to File a Post-Deadline Proof of Claim (Doc. # 162) (the "Motion") filed by National Funding, Inc. The Court, being advised in the premises therefore, having considered any objections thereto, and finding good cause for the relief requested, hereby

**ORDERS** that the Motion is GRANTED; and

**FURTHER ORDERS** that National Funding, Inc's Proof of Claim, which is Claim No. 18 on the claims register for the above-captioned case, is deemed timely filed.

Dated: June 2, 2021

_____
MAGDELINE D. COLEMAN
Chief U.S. BANKRUPTCY JUDGE