**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| James Michael Stritch, | : | |
| Debtor. | : | Bankruptcy No. 20-10313-MDC |

# O R D E R

    **AND NOW**, it is hereby **ORDERED** that the Court's previously entered Order of National Funding Inc.'s Motion for Leave to File a Post-Deadline Proof of Claim dated June 2, 2021,[1] is hereby **VACATED**.

Dated: June 5, 2021

                                              MAGDELINE D. COLEMAN
                                              Chief U.S. BANKRUPTCY JUDGE

Anthony A. Frigo, Esquire
Law Offices of Anthony A. Frigo
175 Strafford Avenue, Suite One
Wayne, PA 19087

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

---

[1] Bankr. Docket No. 189.