*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: James Michael Stritch
    Debtor(s)

Case No: 20–10313–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Amended Motion (related document(s): Motion to Avoid Lien with National Funding, Inc filed by Debtor James Michael Stritch Represented by ANTHONY A. FRIGO

on: 10/28/21

at: 11:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/13/21

Timothy B. McGrath
Clerk of Court

212 – 150, 195
Form 167