*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: James Michael Stritch
    Debtor(s)

Case No: 20–10313–mdc
Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*RESCHEDULED \*\*
Amended Objection to Claim Number 18 by Claimant National Funding, Inc.. Filed by James Michael Stritch

    on: 10/28/21

    at: 11:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/13/21

Timothy B. McGrath
Clerk of Court