United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
James Michael Stritch  
    Debtor

Case No. 20-10313-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 13, 2021      Form ID: 167      Total Noticed: 5

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Michael Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073-3817 |
| aty | + | GELLERT SCALI BUSENKELL & BROWN, 8 Penn Center, 1628 John F. Kennedy, ste 1901, Philadelphia, Pa 19103-2113 |
| cr | + | SANTANDER BANK, N.A., c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| r | + | Star Real Estate Group, Inc., c/o Richard Astrella, 1500 Walnut Street, Suite 1103, Philadelphia, PA 19102-3506 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bnc@atlasacq.com | Sep 13 2021 23:38:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

**Name**      **Email Address**

ALEXANDRA D. ROGIN  
     on behalf of Creditor Marple Fleet Leasing LLC arogin@eckertseamans.com, lgervasi@eckertseamans.com

ANTHONY A. FRIGO  
     on behalf of Debtor James Michael Stritch anthonyfrigo@msn.com frigoar70666@notify.bestcase.com

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Sep 13, 2021 Form ID: 167 Total Noticed: 5

GARY F SEITZ
    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com

GARY F. SEITZ
    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net

HOLLY SMITH MILLER
    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com abrown@gsbblaw.com

Jonathan Robert Avolio
    on behalf of Creditor National Funding Inc. javolio@grsm.com

MEGAN M ADEYEMO
    on behalf of Creditor National Funding Inc. madeyemo@grsm.com, asoto@grsm.com

REBECCA ANN SOLARZ
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

REBECCA K. MCDOWELL
    on behalf of Creditor SANTANDER BANK N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: James Michael Stritch
    Debtor(s)

Case No: 20−10313−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*RESCHEDULED **
Amended Objection to Claim Number 18 by Claimant National Funding, Inc.. Filed by James Michael Stritch

on: 10/28/21

at: 11:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 9/13/21

For The Court

Timothy B. McGrath
Clerk of Court

213 − 182, 195
Form 167