# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 20-10313 |
| JAMES MICHAEL STRITCH, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |

## ORDER GRANTING NATIONAL FUNDING INC.'S MOTION TO CONTINUE OBJECTION DEADLINE AND HEARING ON DEBTOR'S OBJECTION TO THE AMENDED CLAIM OF NATIONAL FUNDING, INC. (CLAIM 18)

Upon consideration of the Motion to Continue Objection Deadline and Hearing on Debtor's Objection to the Amended Claim of National Funding, Inc. (Claim 18) (the "Motion") filed by National Funding, Inc. ("National Funding"), the Court, finding good cause for the relief requested, hereby

ORDERS that the Motion is GRANTED; and it is

FURTHER ORDERED that National Funding has up to and including May 9, 2023 to obtain an appraisal of the property at issue and up to and including May 16, 2023 to file a response to the Debtor's Objection to the Amended Claim of National Funding, Inc.

FURTHER ORDERED that the hearing set for May 2, 2023 at 10:30 a.m. is reset to May 16th, 2023 at 10:30 a.m.,

BY THE COURT:

Date: 5/2/23

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

See Attached List

1


**Debtor:**
James Michael Stritch
120 Bryn Mawr Ave
Newton Square, PA 19073

**Trustee:**
GARY F. SEITZ
c/o Geller Scali Busenkell & Brown, LLC
8 Penn Center
1628 John F. Kennedy Blvd. Suite 1901
Philadelphia, PA 19103

**Debtor's Attorney:**
Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

**U.S. Trustee:**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107