United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-10313-mdc

James Michael Stritch     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: May 02, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James Michael Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073-3817 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA D. ROGIN | on behalf of Creditor Marple Fleet Leasing LLC arogin@eckertseamans.com, lgervasi@eckertseamans.com |
| ANTHONY A. FRIGO | on behalf of Debtor James Michael Stritch anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| GARY F SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| HOLLY SMITH MILLER | on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com abrown@gsbblaw.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 02, 2023 | Form ID: pdf900 | Total Noticed: 1 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
    on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

MEGAN M ADEYEMO
    on behalf of Creditor National Funding  Inc. madeyemo@grsm.com, asoto@grsm.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

REBECCA K. MCDOWELL
    on behalf of Creditor SANTANDER BANK  N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VANESSA T. LINCK
    on behalf of Creditor National Funding  Inc. vlinck@grsm.com


TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10313 |
| JAMES MICHAEL STRITCH, ) | Chapter 13 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |

**ORDER GRANTING NATIONAL FUNDING INC.'S MOTION TO CONTINUE OBJECTION DEADLINE AND HEARING ON DEBTOR'S OBJECTION TO THE AMENDED CLAIM OF NATIONAL FUNDING, INC. (CLAIM 18)**

Upon consideration of the Motion to Continue Objection Deadline and Hearing on Debtor's Objection to the Amended Claim of National Funding, Inc. (Claim 18) (the "Motion") filed by National Funding, Inc. ("National Funding"), the Court, finding good cause for the relief requested, hereby

ORDERS that the Motion is GRANTED; and it is

FURTHER ORDERED that National Funding has up to and including May 9, 2023 to obtain an appraisal of the property at issue and up to and including May 16, 2023 to file a response to the Debtor's Objection to the Amended Claim of National Funding, Inc.

FURTHER ORDERED that the hearing set for May 2, 2023 at 10:30 a.m. is reset to May 16th, 2023 at 10:30 a.m.,

BY THE COURT:

Date: 5/2/23

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

See Attached List

1

**Debtor:**
James Michael Stritch
120 Bryn Mawr Ave
Newton Square, PA 19073

**Trustee:**
GARY F. SEITZ
c/o Geller Scali Busenkell & Brown, LLC
8 Penn Center
1628 John F. Kennedy Blvd. Suite 1901
Philadelphia, PA 19103

**Debtor's Attorney:**
Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

**U.S. Trustee:**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107