*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: James Michael Stritch
    Debtor(s)

Case No: 20–10313–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

TRIAL RE: Motion to Avoid Lien with National Funding <i></i>
Filed by James Michael Stritch Represented by ANTHONY A. FRIGO (Counsel) AND
Objection to Claim Number 18 by Claimant National Funding, Inc. Filed by James Michael Stritch.

on: 6/13/23

at: 01:00 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/19/23

Timothy B. McGrath
Clerk of Court