United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10313-mdc |
| James Michael Stritch | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 19, 2023 | Form ID: 167 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Michael Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073-3817 |
| aty | + | GELLERT SCALI BUSENKELL & BROWN, 8 Penn Center, 1628 John F. Kennedy, ste 1901, Philadelphia, Pa 19103-2113 |
| cr | + | SANTANDER BANK, N.A., c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bnc@atlasacq.com | May 19 2023 23:45:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | ##+ | Star Real Estate Group, Inc., c/o Richard Astrella, 1500 Walnut Street, Suite 1103, Philadelphia, PA 19102-3506 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2023           Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA D. ROGIN | |

District/off: 0313-2      User: admin      Page 2 of 2
Date Rcvd: May 19, 2023      Form ID: 167      Total Noticed: 4

on behalf of Creditor Marple Fleet Leasing LLC arogin@eckertseamans.com, lgervasi@eckertseamans.com

ANTHONY A. FRIGO
on behalf of Debtor James Michael Stritch anthonyfrigo@msn.com frigoar70666@notify.bestcase.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

GARY F SEITZ
on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com

GARY F. SEITZ
on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net

HOLLY SMITH MILLER
on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com abrown@gsbblaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KERI P EBECK
on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

MEGAN M ADEYEMO
on behalf of Creditor National Funding Inc. madeyemo@grsm.com, asoto@grsm.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

REBECCA K. MCDOWELL
on behalf of Creditor SANTANDER BANK N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

VANESSA T. LINCK
on behalf of Creditor National Funding Inc. vlinck@grsm.com

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: James Michael Stritch
    Debtor(s)

Case No: 20−10313−mdc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

TRIAL RE: Motion to Avoid Lien with National Funding <i></i>
Filed by James Michael Stritch Represented by ANTHONY A. FRIGO (Counsel) AND
Objection to Claim Number 18 by Claimant National Funding, Inc. Filed by James Michael Stritch.

on: 6/13/23

at: 01:00 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/19/23

Timothy B. McGrath
Clerk of Court

301 − 283
Form 167