**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 20-10313 |
| JAMES MICHAEL STRITCH, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |

**NATIONAL FUNDING INC.'S WITHDRAWAL OF OBJECTION TO DEBTOR'S**
**AMENDED CHAPTER 13 PLAN [DOCKET NO. 244]**

National Funding, Inc. ("National Funding") by and through its attorney, Gordon Rees Scully Mansukhani, LLP, hereby files National Funding Inc.'s Withdrawal of Objection to Confirmation of Plan [Docket No. 244] and states as follows:

1. National Funding hereby withdraws its Objection to Debtor's Amended Chapter 13 Plan [Docket No. 244].

Date: June 27, 2023

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Vanessa Linck*
Vanessa Linck (State Bar No. 71570)
vlinck@grsm.com
Three Logan Square, 1717 Arch Street, Suite 610
Philadelphia, PA 1910
Telephone: (215) 561-2300

Megan M. Adeyemo **(**TX State Bar No. 24099595)
madeyemo@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 231-4660
Facsimile: (214) 461-4053

**ATTORNEYS FOR NATIONAL FUNDING INC.**

1

## CERTIFICATE OF SERVICE

    I, the undersigned hereby certify that a true and accurate copy of the foregoing document has been duly and properly served upon all counsel herein by way of electronic filing on the Court's ECF Notice List on June 27, 2023.

    */s/ Anita Soto*
    for Gordon Rees Scully Mansukhani, LLP