United States Bankruptcy Court
Eastern District of Pennsylvania

In re:      Case No. 20-10313-mdc
James Michael Stritch      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Jun 29, 2023      Form ID: 155      Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Michael Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073-3817 |
| 14453493 | + | American Air Distributing, Inc, c/o Amato & Assotiates, P.C., 107 N. Commerce Way, Bethlehem, PA 18017-8913 |
| 14570001 | + | American Air Distributing, Inc., 830 Bolmar St., West Chester, PA 19382-4904 |
| 14499747 | + | American Air Distributing, Inc., c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 14569998 | | Ferguson Enterprises, Inc., 12500 Jefferson Ave., Newport News, VA 23602-4314 |
| 14570004 | + | Hajoca Corporation d/b/a Weinstein Supply, 2001 Joshua Rd., Lafayette Hill, Pennsylvania 19444-2431 |
| 14479757 | + | Hajoca Corporation d/b/a Weinstein Supply, c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 14569363 | | Idearc Media Corp., c/o Joe Walsh, 2200 West Airfield Dr., P.O. Box 61981 DFW, Airport, TX 75261 |
| 14514372 | + | M&T Bank, c/o Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14504142 | + | Marple Fleet Leasing, LLC, Eckert Seamans Cherin & Mellott, LL, c/o Alan Moldoff, 50 S. 16th St., 22nd f, Philadelphia, PA 19102-2516 |
| 14506975 | + | Marple Fleet Leasing, LLC, c/o Alexandra D. Rogin, Esq., Eckert Seamans Cherin & Mellott, LLC, 50 South 16th Street, 22nd Floor, Philadelphia, PA 19102-2523 |
| 14506731 | + | Marple Fleet Leasing, LLC, c/o Alexandra Rogin, Esq., Eckert Seamans Cherin & Mellott, LLC, 50 South 16th St., Philadelphia, PA 19102-2523 |
| 14453508 | | Marple Fleet Leasing, LLC, 015 West Chester Pike, Broomall, PA 19008 |
| 14506974 | + | Marple Fleet Leasing, LLC, c/o Mitchell L. Bach, Esq., Eckert Seamans Cherin & Mellott, LLC, 50 South 16th Street, 22nd Floor, Philadelphia, PA 19102-2523 |
| 14570006 | | Marple Fleet Leasing, LLC, 3015 West Chester Like, Broomall, PA 19008 |
| 14689517 | + | National Funding, Inc, c/o Vanessa T. Linck, Esq., Gordon & Rees, LLP, Three Logan Square, 1717 Arch Street, Suite 610 Philadelphia, PA 19103-2745 |
| 14453509 | | Pennsylvania Dept. of Revenue, Dept 280948, Harrisburg, PA 17128-2601 |
| 14569364 | | R.E. Michel Company, LLC, One R.E. Michel Dr., Glen Burnie, MD 21060 |
| 14453510 | + | R.E. Michel Company, LLC, c/o Amato & Keating, 107 N. Commerce Way, Bethlehem, PA 18017-8913 |
| 14613548 | | Santander Bank, N.A., c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| 14647219 | | Santander Bank, NA, Payment Address, PO Box 847051, Boston, MA 02284-7051 |
| 14483278 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, and Hertzel, LLP, 950 New Loudon Road, Latham, New York 12110-2190 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14468875 | | Email/Text: bnc@atlasacq.com | Jun 30 2023 00:33:00 | Atlas Acquisitions LLC, c/o Avi Schild, 294 Union Street, Hackensack, NJ 07601 |
| 14468752 | | Email/Text: bnc@atlasacq.com | Jun 30 2023 00:33:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 294 Union St., Hackensack, NJ 07601 |
| 14493485 | | Email/PDF: bncnotices@becket-lee.com | Jun 30 2023 00:41:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14453494 | + | Email/PDF: bncnotices@becket-lee.com | Jun 30 2023 00:55:06 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14453496 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 30 2023 00:33:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14453495 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: 155 | Total Noticed: 55 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14453497 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 30 2023 00:33:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14481549 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 30 2023 00:41:03 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14453498 | + | Email/Text: bankruptcy@cavps.com | Jun 30 2023 00:41:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14478038 | + | Email/Text: bankruptcy@cavps.com | Jun 30 2023 00:34:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14507723 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2023 00:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14453500 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2023 00:41:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14453501 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 30 2023 00:41:19 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14453502 | | Email/Text: mrdiscen@discover.com | Jun 30 2023 00:34:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14479346 | | Email/Text: mrdiscen@discover.com | Jun 30 2023 00:33:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14453503 | + | Email/Text: dplbk@discover.com | Jun 30 2023 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14477476 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 30 2023 00:34:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14453504 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2023 00:34:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14453505 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 30 2023 00:41:41 | FRDM/Citibank, Citibank Corp/Centralized Bankruptcy, Po Box 790034, Saint Louis, MO 63179-0034 |
| 14453499 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 30 2023 00:34:00 | Internal Revenue Service, Unsolvency Unit, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14500592 | + | Email/Text: RASEBN@raslg.com | Jun 30 2023 00:41:45 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14453506 | + | Email/Text: Documentfiling@lciinc.com | Jun 30 2023 00:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 14453507 | | Email/Text: camanagement@mtb.com | Jun 30 2023 00:33:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 14519532 | | Email/Text: camanagement@mtb.com | Jun 30 2023 00:34:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14514258 | ^ | MEBN | Jun 30 2023 00:34:00 | M&T BANK, PO Box 840, Buffalo, NY 14240 |
| 14584777 | | Email/Text: mspurrier@nationalfunding.com | Jun 30 2023 00:31:38 | M&T BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14587500 | | Email/Text: mspurrier@nationalfunding.com | Jun 30 2023 00:33:00 | National Funding, 9530 Towne Centre Dr., Suite 120, San Diego, CA 92121 |
| 14484868 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 30 2023 00:33:00 | National Funding, LLC, c/o Jennifer Duty, Esq., 9530 Towne Center Dr., Suite 120, San Diego, CA 92121 |
| 14504522 | + | Email/Text: DeftBkr@santander.us | Jun 30 2023 00:34:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| | | | Jun 30 2023 00:34:00 | Santander Bank, N.A., 450 Penn Street, MC: 10-421-MC3, Reading, PA 19602-1011 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: 155 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 14453511 | + Email/Text: mvwbankruptcy@mvwc.com | Jun 30 2023 00:34:00 | Svo Portfolio Services, Attn: Loan Servicing Administration, 9002 San March Court, Orlando, FL 32819-8600 |
| 14453513 | Email/Text: bankruptcy@td.com | Jun 30 2023 00:34:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 14453512 | + Email/Text: bncmail@w-legal.com | Jun 30 2023 00:34:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14453514 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 30 2023 00:41:37 | Wells Fargo, Attn: Bankruptcy, Mac-F8235-02f Po Box 10438, De Moines, IA 50306 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14480282 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, on behalf of UHG I LLC, 294 Union St., Hackensack, NJ 07601 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 01, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA D. ROGIN | on behalf of Creditor Marple Fleet Leasing LLC arogin@eckertseamans.com, lgervasi@eckertseamans.com |
| ANTHONY A. FRIGO | on behalf of Debtor James Michael Stritch anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| GARY F SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| HOLLY SMITH MILLER | on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com abrown@gsbblaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 29, 2023 | Form ID: 155 | Total Noticed: 55 |

MEGAN M ADEYEMO
    on behalf of Creditor National Funding Inc. madeyemo@grsm.com, asoto@grsm.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

REBECCA K. MCDOWELL
    on behalf of Creditor SANTANDER BANK N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VANESSA T. LINCK
    on behalf of Creditor National Funding Inc. vlinck@grsm.com

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: James Michael Stritch
      Debtor(s)

Chapter: 13

Bankruptcy No: 20−10313−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 29, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                  Magdeline D. Coleman
                                                  Chief Judge, United States Bankruptcy Court

                                                                           325
                                                                       Form 155