**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: James Michael Stritch,  : Chapter 13
: No.    20-10313-mdc
Debtor.

**ORDER**

AND NOW, this 24th day of July, 2023, upon consideration of the Debtor's Attorney's Application for Compensation and Reimbursement of Expenses, and Certificate of No Objection, it is hereby

ORDERED that the fee of $30,510.00 charged to the Debtor and costs of $375.00 incurred on behalf of Debtor be approved and that $28,010.00 be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge