## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 20-10313-mdc |
| | ) | |
| James Michael Stritch | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |

## CREDITOR REQUEST FOR NOTICES

NOW COMES Cadles of West Virginia LLC and requests to be placed on the mailing matrix of this case. The address is as follows:

Cadles of West Virginia LLC
Attention: 0A580119
100 North Center Street
Newton Falls, OH  44444

This request is to receive all notices and mailings from the Clerk of this Court in this case.

Respectfully submitted,

Date:  March 22, 2024

By: /s/ Aaron Spahlinger
Aaron Spahlinger, Account Officer
100 North Center Street
Newton Falls, OH  44444
Phone: 330-872-0918, Ext. 3507
aaron.spahlinger@cadleco.com

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | Case No. 20-10313-mdc |
| ) | |
| James Michael Stritch ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Creditor Request for Notices was deposited in the United States mail, first class, postage prepaid, on March 22, 2024, unless notified electronically via the Notice of Filing, addressed to the following:

Kenneth E. West, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA  19107

Anthony A. Frigo, Esq.
175 Strafford Avenue
Suite One
Wayne, PA 19468

/s/ Jennifer Hoffstetter
Jennifer Hoffstetter, Bankruptcy Secretary