<table>
<tr><td colspan="2" align="center"><b>UNITED STATES BANKRUPTCY COURT FOR THE<br>EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)</b></td></tr>
<tr><td>Name of Debtor(s) listed on the bankruptcy case<br><br><b>IN RE: James Michael Stritch</b></td><td><b>CASE NO: 20-10313</b></td></tr>
<tr><td></td><td><b>CHAPTER: 13</b></td></tr>
</table>

### CHANGE OF MAILING AND PAYMENT ADDRESS

<u>National Funding, Inc (POC #18),</u> a creditor in the above-referenced bankruptcy, has moved and respectfully requests that all notices and payments be sent to the new address listed below. This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

1. **Old Address:**
   Mailing Address: <u>9530 Towne Centre Drive, Suite 120</u>
   City, State, Zip Code: <u>San Diego, CA 92121</u>

2. **New Address:**
   Mailing Address: <u>4380 La Jolla Village Drive</u>
   City, State, Zip Code: <u>San Diego, CA 92122</u>

Date: <u>1/8/2024</u>           <u>Robert Zahradka</u>
                              Requestor's printed name

                              <u>In House Counsel for Creditor</u>
                              Title

Under penalty of perjury, I declare that the information I have provided is true and correct and I am authorized to execute this form on behalf of the creditor.