# ECMC

P.O. Box 64909, St. Paul, MN 55164-0909   P 651-221-0566   www.ecmc.org

October 23, 2024

Clerk of U.S. Bankruptcy Court
Pennsylvania Eastern Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA 19107

RE: Michael A. Hamilton
SSN: XXX-XX-8375
BANKRUPTCY CASE#: 20-10313-PMM (James Michael Stritch)

Dear Clerk:

Please withdraw claim #1 filed by Educational Credit Management Corporation (ECMC) in the amount of $5,592.51 filed on March 3, 2020. This claim was filed in error.

Thank you for your cooperation in this matter. If you have any further questions, you may contact me at (651) 325-3677.

Sincerely,

/s/ Debra Wilcoxson
Debra Wilcoxson
Operations Specialist Lead
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408