United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James Michael Stritch  
    Debtor

Case No. 20-10313-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Feb 10, 2025     Form ID: 138OBJ     Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Michael Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073-3817 |
| 14453493 | + | American Air Distributing, Inc, c/o Amato & Assotiates, P.C., 107 N. Commerce Way, Bethlehem, PA 18017-8913 |
| 14570001 | + | American Air Distributing, Inc., 830 Bolmar St., West Chester, PA 19382-4904 |
| 14499747 | + | American Air Distributing, Inc., c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 14569998 | | Ferguson Enterprises, Inc., 12500 Jefferson Ave., Newport News, VA 23602-4314 |
| 14570004 | + | Hajoca Corporation d/b/a Weinstein Supply, 2001 Joshua Rd., Lafayette Hill, Pennsylvania 19444-2431 |
| 14479757 | + | Hajoca Corporation d/b/a Weinstein Supply, c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 14569363 | | Idearc Media Corp., c/o Joe Walsh, 2200 West Airfield Dr., P.O. Box 61981 DFW, Airport, TX 75261 |
| 14514372 | + | M&T Bank, c/o Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14504142 | + | Marple Fleet Leasing, LLC, Eckert Seamans Cherin & Mellott, LL, c/o Alan Moldoff, 50 S. 16th St., 22nd f, Philadelphia, PA 19102-2516 |
| 14506975 | + | Marple Fleet Leasing, LLC, c/o Alexandra D. Rogin, Esq., Eckert Seamans Cherin & Mellott, LLC, 50 South 16th Street, 22nd Floor, Philadelphia, PA 19102-2523 |
| 14506731 | + | Marple Fleet Leasing, LLC, c/o Alexandra Rogin, Eckert Seamans Cherin & Mellott, LLC, 50 South 16th St., Philadelphia, PA 19102-2523 |
| 14453508 | | Marple Fleet Leasing, LLC, 015 West Chester Pike, Broomall, PA 19008 |
| 14506974 | + | Marple Fleet Leasing, LLC, c/o Mitchell L. Bach, Esq., Eckert Seamans Cherin & Mellott, LLC, 50 South 16th Street, 22nd Floor, Philadelphia, PA 19102-2523 |
| 14570006 | | Marple Fleet Leasing, LLC, 3015 West Chester Like, Broomall, PA 19008 |
| 14689517 | + | National Funding, Inc, c/o Vanessa T. Linck, Esq., Gordon & Rees, LLP, Three Logan Square, 1717 Arch Street, Suite 610 Philadelphia, PA 19103-2745 |
| 14453509 | | Pennsylvania Dept. of Revenue, Dept 280948, Harrisburg, PA 17128-2601 |
| 14569364 | | R.E. Michel Company, LLC, One R.E. Michel Dr., Glen Burnie, MD 21060 |
| 14453510 | + | R.E. Michel Company, LLC, c/o Amato & Keating, 107 N. Commerce Way, Bethlehem, PA 18017-8913 |
| 14613548 | + | Santander Bank, N.A., c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| 14647219 | | Santander Bank, NA, Payment Address, PO Box 847051, Boston, MA 02284-7051 |
| 14483278 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, and Hertzel, LLP, 950 New Loudon Road, Latham, New York 12110-2100 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 11 2025 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2025 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14468752 | Email/Text: bnc@atlasacq.com | Feb 11 2025 00:09:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 294 Union St., Hackensack, NJ 07601 |
| 14468875 | Email/Text: bnc@atlasacq.com | Feb 11 2025 00:09:00 | Atlas Acquisitions LLC, c/o Avi Schild, 294 Union Street, Hackensack, NJ 07601 |
| 14493485 | Email/PDF: bncnotices@becket-lee.com | Feb 11 2025 00:21:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 14453494 | + | Email/PDF: bncnotices@becket-lee.com | Feb 11 2025 01:04:47 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14453496 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 11 2025 00:09:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14453495 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 11 2025 00:09:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14867146 | + | Email/Text: gocadle@cadleco.com | Feb 11 2025 00:09:00 | Cadles of West Virginia LLC, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14453497 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2025 00:07:11 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14481549 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 11 2025 00:07:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14453498 | + | Email/Text: bankruptcy@cavps.com | Feb 11 2025 00:09:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14478038 | + | Email/Text: bankruptcy@cavps.com | Feb 11 2025 00:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14507723 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2025 00:21:35 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14453500 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2025 00:21:08 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14453501 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 11 2025 00:09:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14453502 | | Email/Text: mrdiscen@discover.com | Feb 11 2025 00:09:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14479346 | | Email/Text: mrdiscen@discover.com | Feb 11 2025 00:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14453503 | + | Email/Text: dplbk@discover.com | Feb 11 2025 00:09:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14477476 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 11 2025 00:09:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14453504 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2025 00:21:29 | FRDM/Citibank, Citibank Corp/Centralized Bankruptcy, Po Box 790034, Saint Louis, MO 63179-0034 |
| 14453505 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 11 2025 00:09:00 | Internal Revenue Service, Unsolvency Unit, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14453499 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2025 00:21:30 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14500592 | + | Email/Text: RASEBN@raslg.com | Feb 11 2025 00:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 14453506 | + | Email/Text: Documentfiling@lciinc.com | Feb 11 2025 00:09:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 14453507 | | Email/Text: camanagement@mtb.com | Feb 11 2025 00:09:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14519532 | | Email/Text: camanagement@mtb.com | Feb 11 2025 00:09:00 | M&T BANK, PO Box 840, Buffalo, NY 14240 |
| 14514258 | ^ | MEBN | Feb 10 2025 23:56:59 | M&T BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14584777 | | Email/Text: mspurrier@nationalfunding.com | Feb 11 2025 00:09:00 | National Funding, 9530 Towne Centre Dr., Suite 120, San Diego, CA 92121 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14587500 | + | Email/Text: rzahradka@nationalfunding.com | Feb 11 2025 00:09:00 | National Funding, LLC, c/o Jennifer Duty, Esq., 4380 La Jolla Village Drive, San Diego, CA 92122-1200 |
| 14484868 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 11 2025 00:09:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14504522 | + | Email/Text: DeftBkr@santander.us | Feb 11 2025 00:09:00 | Santander Bank, N.A., 450 Penn Street, MC: 10-421-MC3, Reading, PA 19602-1011 |
| 14453511 | + | Email/Text: mvwbankruptcy@mvwc.com | Feb 11 2025 00:09:00 | Svo Portfolio Services, Attn: Loan Servicing Administration, 9002 San March Court, Orlando, FL 32819-8600 |
| 14453513 | | Email/Text: bankruptcy@td.com | Feb 11 2025 00:09:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 14453512 | + | Email/Text: bncmail@w-legal.com | Feb 11 2025 00:09:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14453514 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 11 2025 00:06:45 | Wells Fargo, Attn: Bankruptcy, Mac-F8235-02f Po Box 10438, De Moines, IA 50306 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14480282 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, on behalf of UHG I LLC, 294 Union St., Hackensack, NJ 07601 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA D. ROGIN | on behalf of Creditor Marple Fleet Leasing LLC arogin@eckertseamans.com, lgervasi@eckertseamans.com |
| ANTHONY A. FRIGO | on behalf of Debtor James Michael Stritch anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| GARY F SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com |
| GARY F. SEITZ | |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Feb 10, 2025 | Form ID: 138OBJ | Total Noticed: 58

| | |
|---|---|
| | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net |
| HOLLY SMITH MILLER | |
| | on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com  abrown@gsbblaw.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | |
| | on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MEGAN M ADEYEMO | |
| | on behalf of Creditor National Funding  Inc. madeyemo@grsm.com, asoto@grsm.com |
| REBECCA K. MCDOWELL | |
| | on behalf of Creditor SANTANDER BANK  N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |
| VANESSA T. LINCK | |
| | on behalf of Creditor National Funding  Inc. vlinck@grsm.com |

TOTAL: 12

*Form 138OBJ* (6/24)−doc 343 − 342

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   James Michael Stritch )   Case No. 20−10313−pmm
)
)
Debtor(s). )   Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 10, 2025                For The Court

                                                                  Timothy B. McGrath
                                                                   Clerk of Court