United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
James Michael Stritch  
    Debtor

Case No. 20-10313-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 17, 2025      Form ID: 138FIN      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Michael Stritch, 120 Bryn Mawr Ave, Newtown Square, PA 19073-3817 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 18 2025 00:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2025 00:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 19, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:

**Name**      **Email Address**

ALEXANDRA D. ROGIN  
    on behalf of Creditor Marple Fleet Leasing LLC arogin@eckertseamans.com, lgervasi@eckertseamans.com

ANTHONY A. FRIGO  
    on behalf of Debtor James Michael Stritch anthonyfrigo@msn.com frigoar70666@notify.bestcase.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 17, 2025 | Form ID: 138FIN | Total Noticed: 3

DENISE ELIZABETH CARLON
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

GARY F SEITZ
    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com

GARY F. SEITZ
    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net

HOLLY SMITH MILLER
    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
    on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MEGAN M ADEYEMO
    on behalf of Creditor National Funding Inc. madeyemo@grsm.com, asoto@grsm.com

REBECCA K. MCDOWELL
    on behalf of Creditor SANTANDER BANK N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VANESSA T. LINCK
    on behalf of Creditor National Funding Inc. vlinck@grsm.com


TOTAL: 12

*Form 138FIN* (6/24)−doc 350 − 349

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    James Michael Stritch             Case No. 20−10313−djb

    Debtor(s).             Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: July 17, 2025             For The Court

            Timothy B. McGrath
            Clerk of Court